UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDEN MARK BROWN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOSEPH K. WOODRING, WARDEN FCI TERMINAL ISLAND,<br><br>　　　　Respondent. | No. CV 08-7472 VAP (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: Nov. 17 2009

　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge